# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Samantha Perez-Juarez,<br>Defendant. | 8:20 CR 19<br><br>**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against [him][her] in this court.

(1) The defendant affirms that [he][she] has received a copy of the [superseding] indictment;

(2) The defendant understands that [he][she] has the right to appear personally before the Court for an arraignment on [this][these] charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to [all counts of] the indictment.

_____        _____
Defendant                                               Counsel for Defendant

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and [his][her] plea[s] of not guilty [is][are] entered of record with the Clerk of Court.

DATED  1/29/2020

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT